**Opinion issued May 8, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00735-CV

————————————

**WILLIAM DAVID GOLDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Case No. 2008-33634**

---

**MEMORANDUM OPINION**

Appellant, William David Golden, has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.


**PER CURIAM**


Panel consists of Justices Keyes, Sharp, and Huddle.